IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LINDA GEISLER                                                          PLAINTIFF

v.                  NO. 4:15cv326-JLH

COCA-COLA REFRESHMENTS USA, INC.                   DEFENDANT

**NOTICE OF REMOVAL**

In accordance with 28 U.S.C. §§ 1441 and 1446, defendant Coca-Cola Refreshments USA, Inc. ("CCR"), files this notice of the removal of this action from the Circuit Court of Conway County, Arkansas, to the United States District Court for the Eastern District of Arkansas, Western Division. Removal jurisdiction based upon diversity of citizenship, 28 U.S.C. § 1332, is founded on the following:

1. This case, styled *Linda Geisler v. Coca-Cola Refreshments USA, Inc.*, was filed on May 11, 2015, in the Circuit Court of Conway County, Arkansas, as civil action number CV-2015-65 on the docket of that Court. This lawsuit is a civil action within the meaning of the Acts of Congress relating to the removal of cases.

2. CCR was served with the summons and complaint on May 14, 2015. This notice of removal is filed within thirty (30) days (or the first filing day thereafter) of the first delivery of a summons and complaint to CCR and is therefore timely filed pursuant to 28 U.S.C. § 1445(d).

3. Pursuant to 28 U.S.C. § 1446(a), CCR attaches as Exhibit A to this notice the summons and complaint in this action, which constitute all "process, pleadings and orders" served to date. There are no pending motions in this action. CCR has not yet filed its answer to the plaintiff's complaint.

4. This case is removed pursuant to 28 U.S.C. § 1332(a) because this action is between citizens of different states and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

5. Upon information and belief, and according the allegations of the complaint, plaintiff is an individual citizen and resident of the State of Arkansas. (*See* Exhibit A, Complaint ¶ 3.)

6. CCR is a corporation organized under the laws of the State of Delaware, with its principal place of business in Atlanta, Georgia. CCR is deemed to be a citizen of Delaware and Georgia for the purposes of diversity jurisdiction. *See* 28 U.S.C. § 1332(c)(1).

7. The plaintiff's complaint demands "damages in the amount of $100,000.00 (One-Hundred Thousand Dollars 00/100) for pain and suffering, emotional distress, and loss of the capacity for the enjoyment of life." (Exhibit A, Complaint ¶ 17.) This amount, which exceeds the minimum necessary for diversity jurisdiction, is "deemed to be the amount in controversy." 28 U.S.C. § 1446(c)(2).

8. Accordingly, this Court has original diversity jurisdiction of this action pursuant to 28 U.S.C. § 1332(a), and the action is removable pursuant to 28 U.S.C. § 1441(a).

9. The United States District Court for the Eastern District of Arkansas, Western Division, embraces the county in which the state court action is now pending.

10. Written notice of the filing of this notice will promptly be given to plaintiff, and together with a copy of this notice of removal, will be filed with the Circuit Court of Conway, County, Arkansas, as provided in 28 U.S.C. § 1446(d).

11. Undersigned counsel states that this removal is well grounded in fact, warranted by existing law, and not interposed for any improper purpose.

12. CCR expressly reserves any and all defenses which may be available to it in this action.

WHEREFORE, defendant Coca-Cola Refreshments USA, Inc., removes this action from the Circuit Court of Conway County, Arkansas, to the United States District Court for the Eastern District of Arkansas, Western Division, and seeks resolution by this Court of all issues raised herein.

> WRIGHT, LINDSEY & JENNINGS LLP
> 200 West Capitol Avenue, Suite 2300
> Little Rock, Arkansas 72201-3699
> (501) 371-0808
> FAX: (501) 376-9442
> E-MAIL: grather@wlj.com
> mthompson@wlj.com
>
> By: _/s/ signature_
> Gordon S. Rather, Jr. (68054)
> Michael A. Thompson (2010146)
>
> *Attorneys for Defendant*
> *Coca-Cola Refreshments USA, Inc.*

## CERTIFICATE OF SERVICE

On June 5, 2015, a copy of the foregoing was served by U.S. mail on the following:

Ms. Victoria Leigh
LEIGH LAW, PLLC
P.O. Box 21514
Little Rock, Arkansas 72221

*Attorney for Plaintiff*

_____
Michael A. Thompson

IN THE CIRCUIT COURT OF CONWAY COUNTY, ARKANSAS

CIVIL DIVISION

LINDA GEISLER                                                            PLAINTIFF

V.                       CASE NO. CV2015-65

COCA-COLA REFRESHMENTS USA, INC.                    DEFENDANT

**SUMMONS**

**THE STATE OF ARKANSAS TO DEFENDANT:**

COCA-COLA REFRESHMENTS USA, INC.
UNKNOWN
UNKNOWN, UN UNKNOWN

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) – or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas – you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

VICTORIA LEIGH
P. O. BOX 21514
LITTLE ROCK, AR 72221

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Additional notices:

Address of Clerk's Office

CIRCUIT COURT OF CONWAY COUNTY
115 SOUTH MOOSE ST.
MORRILTON, AR 72110

CLERK OF COURT
Darlene Massingill

(SEAL)

EXHIBIT A

Case No.: _____ This summons is for COCA-COLA REFRESHMENTS USA, INC.

## PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at _____ [place] on _____ [date]; or

☐ I left the summons and complaint in the proximity of the individual by _____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual place of abode at _____ [address] with _____ [name], a person at least 14 years of age who resides there, on _____ [date]; or

☐ I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant] on _____ [date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because:

_____

_____

My fee is $ ___.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____     Sheriff of _____ County, Arkansas

By:_____
[Signature of server]

_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____     By:_____
[Signature of server]

_____
[Printed name]

Address:     _____

_____

Phone: _____

Subscribed and sworn to before me this date: _____

_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:
_____
_____

Return filed this _____ day of _____, _____

IN THE CIRCUIT COURT OF CONWAY COUNTY, ARKANSAS
CIVIL DIVISION

LINDA GEISLER                                                              PLAINTIFF

V.                          CASE NO. CV2015-105

COCA-COLA REFRESHMENTS USA, INC.                              DEFENDANT

## COMPLAINT

COMES NOW, the Plaintiff, Linda Geisler, by and through her attorney, Leigh Law, PLLC, and for her Complaint against the Defendant, Coca-Cola Refreshments USA, Inc., states as follows:

## INTRODUCTION

This action arises out of the facts and circumstances surrounding a personal injury to Linda Geisler, who was injured while shopping at Wal-Mart, in Morrilton, Arkansas.

## JURISDICTION AND VENUE

1. This claim is brought pursuant to this Court's jurisdiction over personal injury claims predicated on negligence, such jurisdiction granted by A.C.A. § 16-13-201.

2. Venue in this Court is proper pursuant to A.C.A. § 16-60-112.

## PARTIES

3. Linda Geisler (Hereinafter "Geisler") is a natural person residing in Conway County, Arkansas.

4. Coca-Cola Refreshments USA, Inc., (Hereinafter "Coca-Cola") is a foreign For Profit Corporation, located at 2500 Windy Ridge Parkway, Atlanta, Delaware, 30339, licensed to conduct business in the State of Arkansas.

F I L E D
DARLENE MASSINGILL
CIRCUIT CLERK
CONWAY COUNTY

MAY 1 1 2015

AM                                              PM
7 8 9 10 11 12 | 1 2 3 4 5 6

## FACTS AND STATEMENT OF THE CASE

5. Geisler incorporates by references and re-alleges paragraphs one (1) through four (4).

6. On the date of April 21, 2014, Geisler was shopping at Wal-Mart, in Morrilton.

7. As Geisler was looking at merchandise, a cart being driven by an employee of Coca-Cola drove behind Geisler as she was bent over picking up merchandise.

8. As Geisler turned around, she was struck by the Coca-Cola employee, and she fell on the Cokes.

9. Geisler suffered injuries as a result of the fall.

10. Geisler suffered severe pain as a result of the fall.

11. Geisler suffered continued pain, after the fall, for several weeks.

12. Geisler still suffers pain from the fall.

13. Geisler sought medical attention and incurred medical expenses totaling $4068.00.

## COUNT 1- NEGLEGENCE

14. Geisler incorporates by reference and re-alleges paragraphs one (1) through thirteen (13).

15. The negligence of the Coca-Cola representative failing to keep a proper lookout and control over the cart it was operating, was the direct and proximate cause of the accident, the injuries, and the pain and suffering that Geisler sustained.

## PRAYER FOR RELIEF

16. Geisler incorporates by reference and re-alleges paragraphs one (1) through fifteen (15).

17. Geisler seeks damages in the amount of $100,000.00 (One-Hundred Thousand Dollars 00/100) for pain and suffering, emotional distress, and loss of the capacity for the enjoyment of life.

## JURY TRIAL DEMAND

18. Geisler incorporates by reference and re-alleges paragraphs one (1) through seventeen (17).

19. Geisler demands trial by jury.

Respectfully Submitted,

_____
Victoria Leigh (2011257)
P.O. Box 21514
Little Rock, AR 72221
(501) 227-7627
v@leigh-law.com