IN THE CIRCUIT COURT OF CONWAY COUNTY, ARKANSAS
CIVIL DIVISION

LINDA GEISLER                                                                                     PLAINTIFF

V.                             CASE NO. CV2015-105

COCA-COLA REFRESHMENTS USA, INC.                                       DEFENDANT

## COMPLAINT

COMES NOW, the Plaintiff, Linda Geisler, by and through her attorney, Leigh Law, PLLC, and for her Complaint against the Defendant, Coca-Cola Refreshments USA, Inc., states as follows:

### INTRODUCTION

This action arises out of the facts and circumstances surrounding a personal injury to Linda Geisler, who was injured while shopping at Wal-Mart, in Morrilton, Arkansas.

### JURISDICTION AND VENUE

1. This claim is brought pursuant to this Court's jurisdiction over personal injury claims predicated on negligence, such jurisdiction granted by A.C.A. § 16-13-201.

2. Venue in this Court is proper pursuant to A.C.A. § 16-60-112.

### PARTIES

3. Linda Geisler (Hereinafter "Geisler") is a natural person residing in Conway County, Arkansas.

4. Coca-Cola Refreshments USA, Inc., (Hereinafter "Coca-Cola") is a foreign For Profit Corporation, located at 2500 Windy Ridge Parkway, Atlanta, Delaware, 30339, licensed to conduct business in the State of Arkansas.

FILED
DARLENE MASSINGILL
CIRCUIT CLERK
CONWAY COUNTY

MAY 11 2015

## FACTS AND STATEMENT OF THE CASE

5. Geisler incorporates by references and re-alleges paragraphs one (1) through four (4).

6. On the date of April 21, 2014, Geisler was shopping at Wal-Mart, in Morrilton.

7. As Geisler was looking at merchandise, a cart being driven by an employee of Coca-Cola drove behind Geisler as she was bent over picking up merchandise.

8. As Geisler turned around, she was struck by the Coca-Cola employee, and she fell on the Cokes.

9. Geisler suffered injuries as a result of the fall.

10. Geisler suffered severe pain as a result of the fall.

11. Geisler suffered continued pain, after the fall, for several weeks.

12. Geisler still suffers pain from the fall.

13. Geisler sought medical attention and incurred medical expenses totaling $4068.00.

## COUNT 1- NEGLEGENCE

14. Geisler incorporates by reference and re-alleges paragraphs one (1) through thirteen (13).

15. The negligence of the Coca-Cola representative failing to keep a proper lookout and control over the cart it was operating, was the direct and proximate cause of the accident, the injuries, and the pain and suffering that Geisler sustained.

## PRAYER FOR RELIEF

16. Geisler incorporates by reference and re-alleges paragraphs one (1) through fifteen (15).

17. Geisler seeks damages in the amount of $100,000.00 (One-Hundred Thousand Dollars 00/100) for pain and suffering, emotional distress, and loss of the capacity for the enjoyment of life.

## JURY TRIAL DEMAND

18. Geisler incorporates by reference and re-alleges paragraphs one (1) through seventeen (17).

19. Geisler demands trial by jury.

Respectfully Submitted,

_____
Victoria Leigh (2011257)
P.O. Box 21514
Little Rock, AR 72221
(501) 227-7627
v@leigh-law.com