IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LINDA GEISLER                                                                                                   PLAINTIFF

v.                                              No. 4:15CV00326 JLH

COCA COLA REFRESHMENTS USA, INC.                                                      DEFENDANT

### ORDER

Pursuant to the stipulation of the parties, this action is dismissed with prejudice, with each party to bear that party's own fees and costs.

IT IS SO ORDERED this 8th day of April, 2016.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE